### THOMAS B. WATERS vs. JOHN HOWARD et al.

COSTS.

*Motion by plaintiff for retaxation of costs.*—The plaintiff attached a vessel, for materials; a bond was given by the defendants, to release her pursuant to statute, and the bond sued. The plaintiff inserted in his bill of costs in the suit on the bond, the costs on the attachment, which the taxing officer refused to allow, on the ground that these costs should have been assessed by the jury, as damages in the suit.

*Per Curiam.*—The Statute (Session Laws 1840, p. 134) is con-  [41
clusive.

E. C. BENEDICT, *Plff's Counsel.*     BURR, BENEDICT & BEEBE, *Plff's Attys.*
EB. CLARK, *Defts Counsel.*          CLARK & PATTISON, *Defts Attys.*

*Decision.* Motion granted—no costs given where the court overrule
the taxing officer.